| AO 10<br>Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2016 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Acosta, John V. | 2. Court or Organization<br><br>District Court - Oregon | 3. Date of Report<br><br>04/23/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Magistrate Judge (FT) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>1/1/2016<br>to<br>12/31/2016 |
| 7. Chambers or Office Address<br><br>1127 United States Courthouse<br>1000 SW Third Avenue<br>Portland, OR 97204 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | 2016 Member, Dean's Advisory Council | University of Oregon School of Law |
| 2. | 2016 Member, Professionalism Commission | Oregon State Bar |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2008 | TriMet Defined Benefit Retirement Plan, no control |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Acosta, John V. | 04/23/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | to 12/2016 | Uptown Providers, PC - salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Acosta, John V. | 04/23/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Capital One Bank | Credit Card | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Acosta, John V. | 04/23/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 (H) | | | | | | | | | |
| 2. - Dodge & Cox Stock Fund (X) | D | Dividend | | | Spinoff (from line 26) | 02/17/16 | M | | |
| 3. | | | | | Sold | 04/15/16 | N | | |
| 4. - Harbor International Fund (X) | | None | | | Spinoff (from line 42) | 05/02/16 | O | | |
| 5. | | | | | Sold | 05/05/16 | O | | |
| 6. - Vanguard Total Bond Market Index Fund | C | Dividend | N | T | Buy | 01/04/16 | K | | |
| 7. | | | | | Buy (add'l) | 05/06/16 | M | | |
| 8. - Vanguard REIT Index Fund | C | Dividend | M | T | Sold (part) | 01/04/16 | N | | |
| 9. | | | | | Sold (part) | 01/04/16 | K | | |
| 10. | | | | | Buy (add'l) | 04/15/16 | J | | |
| 11. | | | | | Buy (add'l) | 05/05/16 | J | | |
| 12. - Vanguard Total International Bond Index Fund | A | Dividend | K | T | Buy | 01/06/16 | K | | |
| 13. - Vanguard Total International Stock Index Fund | D | Dividend | N | T | Buy | 01/04/16 | N | | |
| 14. - Vanguard Total Stock Market Index Fund | A | Dividend | K | T | Buy | 05/05/16 | K | | |
| 15. - Vanguard Emerging Markets Stock Index Fund | | None | | | Sold | 01/06/16 | K | | |
| 16. Vanguard Short-term Investment- Grade Bond Fund (IRA#2) | B | Dividend | M | T | Sold (part) | 03/18/16 | K | | |
| 17. IRA #3 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. - Vanguard Total Bond Market Index Fund | D | Dividend | N | T | Buy | 01/04/16 | N | | |
| 19. - Vanguard Total International Bond Index Fund | C | Dividend | M | T | Buy | 01/04/16 | M | | |
| 20. - Vanguard Total Stock Market Index Fund | D | Dividend | O | T | Sold (part) | 01/04/16 | N | | |
| 21. | | | | | Buy (add'l) | 04/15/16 | J | | |
| 22. - Vanguard Inflation-Protected Securities Fund | | None | | | Sold | 01/04/16 | M | | |
| 23. IRA #4 (H) | | | | | | | | | |
| 24. - Vanguard Intermediate-term Investment-grade Bond Fund | A | Dividend | | | Sold | 01/04/16 | J | | |
| 25. - Vanguard Total Stock Market Index Fund | A | Dividend | J | T | Buy | 01/04/16 | J | | |
| 26. Dodge & Cox Stock Fund (IRA #5) (see note) | B | Dividend | | | Closed | 02/17/16 | M | | |
| 27. IRA #7 (H) | | | | | | | | | |
| 28. - Weitz Value Fund | | None | | | Spinoff (from line 41) | 01/25/16 | L | | |
| 29. | | | | | Sold | 04/15/16 | L | | |
| 30. - Vanguard Federal Money Market Fund (X) | A | Dividend | J | T | | | | | |
| 31. - Vanguard Prime Money Market Fund (X) | A | Dividend | J | T | | | | | |
| 32. - Vanguard Total Bond Market Index Fund | B | Dividend | M | T | Buy | 05/09/16 | M | | |
| 33. | | | | | Buy (add'l) | 06/01/16 | J | | |
| 34. - Vanguard REIT Index Fund | C | Dividend | L | T | Buy | 05/09/16 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Acosta, John V. | 04/23/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Vanguard International Stock Market Index Fund | D | Dividend | N | T | Buy | 05/09/16 | N | | |
| 36. - Vanguard Total Stock Market Index Fund | C | Dividend | M | T | | | | | |
| 37. Vanguard Total International Bond Index Fund (IRA #8) | C | Dividend | M | T | | | | | |
| 38. IRA#10 (H) | | | | | | | | | |
| 39. - Vanguard Intermediate-term Investment-grade Bond Fund | A | Dividend | | | Sold | 01/04/16 | J | | |
| 40. - Vanguard Total Stock Market Index Fund | A | Dividend | J | T | Buy | 01/04/16 | J | | |
| 41. Weitz Value Fund (IRA #11) (See note) | | None | | | Closed | 01/25/16 | L | | |
| 42. Harbor International Fund (IRA #12) (See note) | | None | | | Closed | 05/02/16 | O | | |
| 43. IRA#13 (H) | | | | | | | | | |
| 44. - D3 Family Fund LP; Private Placement (see note) | | None | K | W | Sold (part) | 01/27/16 | J | | |
| 45. | | | | | Sold (part) | 07/26/16 | J | | |
| 46. | | | | | Sold (part) | 10/28/16 | J | | |
| 47. - Vanguard Total Stock Market Index Fund | D | Dividend | N | T | Buy | 01/07/16 | M | | |
| 48. - TIAA Real Estate Fund | A | Dividend | J | T | Buy | 04/15/16 | J | | |
| 49. | | | | | Buy (add'l) | 11/11/16 | J | | |
| 50. -Charles Schwab Cash Account (Y) | | | | | | | | | |
| 51. United States Savings Bonds - 1 Series | D | Interest | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Acosta, John V. | 04/23/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Wells Fargo Accounts | | None | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Acosta, John V. | 04/23/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII.

Line 26 - Assets transferred to IRA #1, Line 2 and IRA#5 closed.

Line 30 - Increase in value of asset previously below reporting threshold

Line 31 - New account opened during 2016

Line 41 - Assets transferred to IRA #7, Line 28 and IRA#11 closed.

Line 42 - Assets transferred to IRA #1, Line 4 and IRA#12 closed.

Line 44- The D3 Family Fund does not report dividends nor interest. Therefore neither are reported here.

Line 50 - Account no longer meets reporting threshold

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John V. Acosta**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544